Same case below, 366 Fed. Appx. 734.

Same case below, 596 F.3d 1355.

**No. 09-1407. Curtis Jones, Petitioner v. Pennsylvania.**

562 U.S. 832, 131 S. Ct. 110, 178 L. Ed. 2d 32, 2010 U.S. LEXIS 6234.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Middle District, denied.

Same case below, 605 Pa. 188, 988 A.2d 649.

**No. 09-1409. John J. Warren, et al., Petitioners v. Federal Insurance Company.**

562 U.S. 832, 131 S. Ct. 115, 178 L. Ed. 2d 32, 2010 U.S. LEXIS 6382.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 358 Fed. Appx. 670.

**No. 09-1411. Daniel E. Stoltzfus, et ux., Petitioners v. PSR Kirkwood LLC, et al.**

562 U.S. 832, 131 S. Ct. 118, 178 L. Ed. 2d 32, 2010 U.S. LEXIS 6258.

October 4, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

**No. 09-1413. Heather A. Davis, Petitioner v. Brouse McDowell, L.P.A., et al.**

562 U.S. 832, 131 S. Ct. 118, 178 L. Ed. 2d 32, 2010 U.S. LEXIS 6588.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Federal Circuit denied.

**No. 09-1414. Raymond L. Neal, Petitioner v. United States.**

562 U.S. 832, 131 S. Ct. 121, 178 L. Ed. 2d 32, 2010 U.S. LEXIS 6439.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Armed Forces denied.

Same case below, 68 M.J. 289.

**No. 09-1417. United Rentals, Inc., Petitioner v. James B. Angell.**

562 U.S. 832, 131 S. Ct. 121, 178 L. Ed. 2d 32, 2010 U.S. LEXIS 6346.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 592 F.3d 525.

**No. 09-1420. Calvin Allen, Petitioner v. Missouri ex rel. Chris Koster, Attorney General of Missouri.**

562 U.S. 833, 131 S. Ct. 122, 178 L. Ed. 2d 32, 2010 U.S. LEXIS 6477,

October 4, 2010. Petition for writ of certiorari to the Court of Appeals of Missouri, Southern District, denied.

Same case below, 298 S.W.3d 139.

**No. 09-1421. Ralph T. Byrd, Petitioner v. Wolpoff & Abramson, L.L.P., et al.**

562 U.S. 833, 131 S. Ct. 122, 178 L. Ed. 2d 32, 2010 U.S. LEXIS 6456.

October 4, 2010. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.